IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-CR-152 |
| | ) | |
| BELA GABOR KOSA II | ) | |

**MEMORANDUM AND ORDER**

The defendant has moved for a continuance of his trial date [doc. 18], stating that additional time is needed to review discovery. The defendant further states that counsel for the government neither joins nor opposes the motion.

The court finds the motion well-taken, and it will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In light of the reasoning set forth by the defendant, the court finds that the failure to grant the motion would deny the defense reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

It is hereby **ORDERED** that the defendant's motion [doc. 18] is **GRANTED**, and this criminal case is **CONTINUED** from January 14, 2014, to Tuesday, **April 15, 2014, at 9:00 a.m.** The new plea cutoff date is April 1, 2014.

ENTER:

s/ Leon Jordan
United States District Judge