IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:13-CR-152 |
| ) | |
| BELA GABOR KOSA II ) | |

**MEMORANDUM AND ORDER**

Defense counsel has filed a second motion for continuance of his trial date [doc. 20], stating that additional time is needed to meet with the defendant in case preparation. The motion further states that counsel for the government neither joins nor opposes the request.

The court finds the motion well-taken, and it will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In light of the reasoning set forth by the defendant, the court finds that the failure to grant the motion would deny the defense reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

It is hereby **ORDERED** that the defendant's motion [doc. 20] is **GRANTED**, and this criminal case is **CONTINUED** from April 15, 2014, to Tuesday, **June 17, 2014, at 9:00 a.m.** The new plea cutoff date is June 3, 2014.

ENTER:

      s/ Leon Jordan
United States District Judge

2

Case 3:13-cr-00152-RLJ-CCS   Document 21   Filed 04/02/14   Page 2 of 2   PageID #: 51