IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-CR-152 |
| | ) | |
| BELA GABOR KOSA II | ) | |

## MEMORANDUM AND ORDER

Defense counsel has filed a third motion for continuance of the trial date [doc. 23], stating that additional time is needed to meet with the defendant in case preparation. According to the motion, "Counsel can only meet with the Defendant approximately once a week due to his schedule and restrictions at the jail at which Defendant is housed. Counsel and the Defendant need additional time to discuss the discovery in this case as well as the contours of a potential settlement." The motion further states that counsel for the government neither joins nor opposes the request.

The court finds the motion well-taken, and it will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In light of the reasoning set forth by the defendant, the court finds that the failure to grant the motion would deny the defense reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

It is hereby **ORDERED** that the defendant's motion [doc. 23] is **GRANTED**, and this criminal case is **CONTINUED** from June 17, 2014, to Tuesday, **August 12, 2014, at 9:00 a.m.** The new plea cutoff date is July 29, 2014.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge