UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:13-CR-152 |
| | ) | |
| | ) | |
| BELA GABOR KOSA II, | ) | |

## O R D E R

It is hereby **ORDERED** that a hearing for the entry of the defendant's plea of guilty is **SCHEDULED** for Thursday**, August 7, 2014, at 11:00 a.m.** in Knoxville.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge